IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

JOHN CHARLES GAUTHIER,

Petitioner,

v.

HASKELL HIGGINS, Warden,

Respondent.

Case No. CIV-05-334-RAW

## JUDGMENT

In accordance with the Order entered contemporaneously herewith, the court hereby enters this Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing this action.

IT IS SO ORDERED this 29th day of April, 2008.

**Dated this 29th Day of April 2008.**

J4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma